**Order entered October 30, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01196-CV

### IN RE STACEY D. HOWARD, Relator

**Original Proceeding from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-04354-2013**

## ORDER

Before Justices Whitehill, Partida-Kipness, and Pedersen, III

Based on the Court's opinion of this date, we **DENY** relator's September 26, 2019 petition for writ of mandamus.

/s/    ROBBIE PARTIDA-KIPNESS
        JUSTICE